IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PRECIOUS N. MCNEIL, | |
| Plaintiff, | CIVIL ACTION NO.: 2:22-cv-52 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

**O R D E R**

Plaintiff filed the above-captioned action on May 27, 2022.  Doc. 1.  The Clerk of Court issued a summons to the named Defendant on July 1, 2022, after Plaintiff paid the requisite filing fee.  Dkt. entry dated June 9, 2022; Doc. 6.  Nothing on the record of this case indicates Defendant has been served with Plaintiff's Complaint, and more than 90 days have elapsed since the filing of the Complaint and issuance of a summons.  To date, Defendant has not been served with process and has not appeared.[1]

The Court hereby **ORDERS** Plaintiff to show cause, within **14 days** from the date of this Order, why Defendant has not been served within the time period required by Federal Rule of Civil Procedure 4(m).  Fed. R. Civ. P. 4(i)(2), (i)(4), (m); Fed. R. Civ. P. 12(b)(5).  Plaintiff's failure to establish such good cause or to respond to this Order will result in the dismissal of her Complaint, without prejudice.  In addition, the Court **DIRECTS** the Clerk of Court to attach a

---

[1] Because Plaintiff has named the Acting Commissioner of the Social Security Administration as the sole Defendant in this case, the Court directs her attention to Rule 4(i) of the Federal Rules of Civil Procedure.

copy of Federal Rule of Civil Procedure 4 when mailing this Order to Plaintiff at her last known address.

**SO ORDERED**, this 14th day of October, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA