**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

PRECIOUS N. MCNEIL,

        Plaintiff,

    v.

KILOLO KIJAKAZI, Acting Social Security
Commissioner,

        Defendant.

CIVIL ACTION NO.: 2:22-cv-52

**O R D E R**

Defendant filed the Answer and Transcript in this case on September 11, 2023.  Docs. 13, 14.  However, Plaintiff has failed to file her brief in support of her claim, and the time to do so has elapsed.  Rule 6, Suppl. Rules for Soc. Sec. Actions Under 42 U.S.C. § 405(g) ("The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed . . . .").  In addition, one of the Court's mailings was sent to Plaintiff's last known address but was returned as undeliverable.  Docs. 10, 15.  Plaintiff is to submit her brief and, if necessary, update her mailing address within 14 days of this Order.  Plaintiff's failure to respond to this Order will result in the dismissal of this cause of action for failure to follow this Court's Orders and to prosecute.

**SO ORDERED**, this 29th day of November, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA