AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

PRECIOUS MCNEIL

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:22-cv-52

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered February 5, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice for failure to follow the Court's Order and failure to prosecute. The Court affirms the Commissioner's decision and closes this case.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date _February 5, 2024_



John E. Triplett, Clerk of Court
Clerk

_Morgan A. Akins_
(By) Deputy Clerk

GAS Rev 10/2020